379 A.2d 580

Commonwealth v. Clayton, Appellant.

Submitted September 22, 1976. Bruce Sagel and John W. Packel, Assistant Defenders, and Benjamin Lerner, Defender, for appellant; Glenn David Price, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.